**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1376**

SUSAN F. KEEVER,

Plaintiff - Appellee,

v.

MARTHA MEDLOCK GALLAGHER,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:10-cv-00237-FDW; 02-33036; 02-03243)

Submitted: January 20, 2012          Decided: February 8, 2012

Before MOTZ, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas B. Kakassy, THOMAS B. KAKASSY, PA, Gastonia, North Carolina, for Appellant. Geoffrey A. Planer, GEOFFREY A. PLANER LAW FIRM, Gastonia, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martha Medlock Gallagher appeals from the district court's order affirming the bankruptcy court's order determining that the debt arising from the underlying state court judgment is non-dischargeable in its entirety under 11 U.S.C. § 523(a)(6) (2006). We have reviewed the record included on appeal, as well as the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the courts below. Keever v. Gallagher, Nos. 3:10-cv-00237-FDW; 02-33036; 02-03243 (W.D.N.C. filed Mar. 25, 2011, and entered Mar. 28, 2011; May 1, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED